AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| KEITH BRENT BANKSTON, <br><br> *Plaintiff(s)* <br> v. <br> WHETSTONE PARTNERS, LLC, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1:15-cv-22574 <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WHETSTONE PARTNERS, LLC
C/O NRAI Services, INC
Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

*[handwritten:* NRAI Services, Inc.
7-14-15  1:30 PM
Eric Dea
# 336 *]*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark S. Steinberg
Upright Law LLP
9100 S. Dadeland Blvd.
Suite 1607
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 9, 2015

Steven M. Larimore
Clerk of Court

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:15-CV-22574

Plaintiff:
**KEITH BRENT BANKSTON**

vs.

Defendant:
**WHETSTONE PARTNERS, LLC**


MJD2015009649

For:
Mark S. Steinberg, Esq.
Upright Law LLP
79 W. Monroe
5th Floor
Chicago, IL 60603

Received by Process Services, Inc. on the 14th day of July, 2015 at 9:20 am to be served on **Whetstone Partners, LLC c/o NRAI Services, Inc., Registered Agent, 1200 S. Pine Island Rd., Plantation, FL 33324**.

I, Eric Deal, being duly sworn, depose and say that on the **14th day of July, 2015** at **1:30 pm, I:**

**CORPORATE SERVICE:** served the within named **Limited Liability Company** by leaving a true copy of this **Summons in a Civil Action and Complaint** at the address of **1200 South Pine Island Road, Plantation, FL 33324 with the date and hour of service endorsed thereon by me to NRAI Services, Inc. as Registered Agent**, informing said person of the contents therein, pursuant to F.S. Chapter 605/608 and F.S. 48.062.

**Additional Information pertaining to this Service:**

For contact Donna Moch, Senior Corporate Operations Manager.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 14th day of July, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

EVERTON E. BAGGOO
Notary Public - State of Florida
My Comm. Expires Jan 5, 2017
Commission # EE 843775
Bonded Through National Notary Assn.

**Eric Deal**
SPS 336

**Process Services, Inc.**
**8330 State Road 84**
**Fort Lauderdale, FL 33324**
**(954) 474-4867**

Our Job Serial Number: MJD-2015009649

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t