United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Keith Brent Bankston, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 15-22574-Civ-Scola |
| ) | |
| Whetstone Partners, LLC, Defendant ) | |

### Order Of Dismissal

On November 13, 2015, the Court granted Bankston's counsel's Motion to Withdraw. (*See* Order, ECF No. 32.) The Court instructed Bankston to retain new counsel by December 17, 2015, or notify the Court that he wished to proceed pro se. December 17 came and went and it appears Bankston failed to retain new counsel and he has not notified the Court of an election to proceed on his own behalf.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons his prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Id.*

Here, it appears that Bankston has abandoned his prosecution of this action. The Court **dismisses** this action without prejudice and directs the Clerk of the Court to **close** this case.

**Done and ordered** at Miami, Florida on December 21, 2015.

_____
Robert N. Scola, Jr.
United States District Judge